6

AO 455(Rev. 5/85) Waiver of Indictment

FILED
MAR 18 2008

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JOSE MANUEL GARCIA

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR0777-L

I, JOSE MANUEL GARCIA, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1326(a) and (b)-Deported Alien Found in the United States (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 3/18/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Jose M Garcia
Defendant

[signature]
Counsel for Defendant

Before [signature]
JUDICIAL OFFICER